IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICKY SANCHEZ,

    Plaintiff,

vs.                                                      No. CIV-11-659 ACT/RHS

ALBUQUERQUE POLICE OFFICER,
JOSHUA RICHARDS,

    Defendant.

## ORDER

This matter comes before the Court on the Defendant's Motion in Limine No. II: Motion to Exclude Billy Hedgecock From Testifying at Trial [Doc. 49.] Counsel for Plaintiff advised the Court at the Pretrial Conference held July 13, 2012 that Plaintiff did not oppose this Motion.

Therefore, Defendant's Motion in Limine No. II: Motion to Exclude Billy Hedgecock From Testifying at Trial [Doc. 49] is GRANTED.

**IT IS SO ORDERED**.

_____
Alan C. Torgerson
United States Magistrate Judge, presiding

1